IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCUS E. ENSLOW,

      Petitioner,

v.                                                    Case No. 5D16-2260

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed December 9, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Marcus E. Enslow, Milton, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Kaylee Tatman
Assistant Attorney General, Daytona
Beach, for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 20, 2015 judgment and sentence in Case No. 13-CF-4789 in the Circuit Court in and for Osceola County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


LAWSON, C.J., COHEN, LAMBERT JJ., concur.